**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Buonarigo, | No. CV-19-08037-PCT-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| BJ's Tavern LLC, | |
| Defendant. | |

Pending before the Court is Defendant's motion to dismiss one count of the complaint filed under Federal Rule of Civil Procedure 12(b)(6).  The Court extended the time for Plaintiff to respond to the motion until April 29, 2019.  On April 29, 2019, instead of responding, Plaintiff filed a motion to file exhibits non-electronically.  In this motion, Plaintiff seeks to file videos of the underlying incident in this case non-electronically.  Finally, on May 2, 2019, Plaintiff lodged his proposed response to the motion (however, the lodged response at footnote 37 claims a proposed amended complaint is attached as exhibit 3, and it is not; so this filing does not appear to be complete).

The Court does not and cannot consider evidence in ruling on a motion to dismiss filed pursuant to Federal Rule of Civil Procedure 12(b)(6).  Therefore, the request to file the videos will be denied.  Plaintiff will be given one business day to file a conforming response.  Further, because only one count of a multicount complaint is the subject of the motion, the Court will proceed with the Rule 16 conference.  Accordingly,

**IT IS ORDERED** that the motion to file exhibits non-electronically (Doc. 17) is

denied.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall not file the document lodged at Doc. 18.

**IT IS FURTHER ORDERED** that Plaintiff shall file a response to the motion to dismiss (Doc. 14) by May 6, 2019.

Dated this 3rd day of May, 2019.

James A. Teilborg
Senior United States District Judge